MARIETTA COVIELLO, as Administratrix, etc., of DONATO COVIELLO, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

WILLIAM DAVIDSON, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent.— Order and judgment reversed upon the law and new trial granted, costs to abide the event. We are of opinion that the question of defendant's negligence and plaintiff's contributory negligence and assumption of risk were questions of fact for the jury. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

SAVERIO A. DE YOANNA, Respondent, v. GOLD SEAL PRODUCTS COMPANY, INC., Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion to change the venue from the county of Kings to the county of Steuben granted, without costs, upon the ground that the convenience of witnesses will be served by the change. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

CHARLES MARTIN FINK, Appellant, v. MARGARET WHITE FINK, Respondent.— Order granting defendant an increase of alimony and further counsel fee modified by reducing the increased alimony to $9,000 and as thus modified affirmed, without costs. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

ISAIAH FRANK, Respondent, v. MOSES H. HARRIS, Appellant, and VIOPAKE COMPANY, INC., Defendant.— Order of Appellate Term affirming judgment and order of the Municipal Court reversed upon the law and the facts, with costs, and the complaint dismissed as to defendant Harris, with costs. The contract sued upon disclosed that it was an obligation of the Viopake Company, Inc., and not of defendant Harris individually and that it contained no agreement of defendant Harris to be personally obligated to make any payments to plaintiff under it. It disclosed he was acting on behalf of a principal whom he named and that he was not acting in his own individual behalf with respect to such payments. (*Hall* v. *Lauderdale*, 46 N. Y. 70, 74; *Ell Dee Clothing Co.* v. *Marsh*, 247 id. 392, 397; 14a C. J. § 2543.) Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.